**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| **ORTIZ & ASSOCIATES CONSULTING, LLC,** | ) ) | |
| Plaintiff, | ) | Civil Action No. 6:21-cv-01178-ADA |
| v. | ) ) | |
| **RICOH USA, INC.,** | ) ) | |
| Defendant. | ) ) ) | **JURY TRIAL DEMANDED** |

**DECLARATION OF KYRIL TALANOV**

I, Kyril Talanov, hereby declare that:

1. My name is Kyril Talanov. I am over the age of 18. I have personal knowledge of the matters set forth herein. If called as a witness, I could and would competently testify thereto. I am an attorney at Ramey LLP, and I represent Plaintiff Ortiz & Associates Consulting, LLC ("Ortiz").

2. I respectfully submit this Declaration, which is attached as Exhibit 1 to Ortiz's Response to Motion to Dismiss for Lack of Standing and for Failure to State a Claim (the "Motion").

3. Exhibit A hereto is a true and correct copy of the Issue Fee Payment transmittal document (form PTO-85B) found within the image file wrapper for the '285 Patent in suit as accessed on the United States Patent and Trademark Office's website at: https://portal.uspto.gov/pair/PublicPair

I declare under penalty of perjury that the facts stated herein are within my personal knowledge and are true and correct.

Executed in Harris County, State of Texas, on the 31st day of March, 2022.

/s/*Kyril Talanov*
Kyril Talanov, Declarant